UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED FINANCIAL CASUALTY COMPANY | | PLAINTIFF |
| vs. | Case No. 6:19-CV-06091-RTD | |
| CHAD COX LOGGING, LLC; ERNEST SHIRLEY; AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | | DEFENDANTS |

# ORDER

Now before the Court is the Plaintiff's Motion for Summary Judgment (ECF No. 20) seeking a declaratory judgment against defendants. Although all defendants were served with the summons and complaint (ECF Nos. 7 – 9), only Defendant Travelers Property Casualty Company filed an Answer (ECF No. 13). Defendant Travelers also filed a response to the motion for summary (declaratory) judgment indicating it takes no position regarding the relief requested by Plaintiff (ECF No. 23).

There being no opposition to the motion and having considered the court record and file and being fully advised thereon, the Court finds that the Motion for Summary (Declaratory) Judgment should be and hereby is GRANTED, and Plaintiff owes no duties under a policy of insurance issued by it to Chad Cox Logging, LLC for injuries and damages sustained by Earnest Shirley resulting from an incident that occurred on April 27, 2019.

IT IS SO ORDERED this 26th day of April 2021.

/s/ Robert T. Dawson
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE